UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SARAH HORTON,                    )
    Plaintiff,            )
                          )
v.                               )      Civil Action No.
                          )
TOWN SPORTS INTERNATIONAL, INC., )
and TSI FENWAY, INC. d/b/a BOSTON )
SPORTS CLUBS,                    )
                          )
    Defendants.           )

MAGISTRATE JUDGE _Collings_

DEFENDANT TSI FENWAY, INC. d/b/a BOSTON SPORTS CLUBS'
CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 7.3, Defendant TSI Fenway, Inc. d/b/a Boston Sports Clubs states that its parent corporation is Defendant Town Sports International, Inc., and that no publicly held company owns ten percent (10%) or more of its stock.

TOWN SPORTS INTERNATIONAL, INC.
AND TSI FENWAY, INC. D/B/A BOSTON
SPORTS CLUBS

By their attorneys,

_____
Laurie J. Hurtt (BBO#634149)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

DATED: November 5, 2004

## CERTIFICATE OF SERVICE

I, Laurie J. Hurtt, hereby certify that on the 5th day of November, 2004, I served by hand a copy of the above to the following counsel of record: Jonathan R. Black, Esq., 99 Derby Street, Suite 200, Hingham, MA 02043.

_____
Laurie J. Hurtt