UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH HORTON,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL, INC.,<br>and TSI FENWAY, INC. d/b/a BOSTON<br>SPORTS CLUBS,<br><br>    Defendants. | Civil Action No. |

## DEFENDANT TOWN SPORTS INTERNATIONAL, INC.'S
## CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 7.3, Defendant Town Sports International, Inc. states that it has no parent corporation, and no publicly held company owns ten percent (10%) or more of its stock.

                      TOWN SPORTS INTERNATIONAL, INC.
                      AND TSI FENWAY, INC. D/B/A BOSTON
                      SPORTS CLUBS

                      By their attorneys,

                      Laurie J. Hurtt (BBO#634149)
                      Greenberg Traurig, LLP
                      One International Place
                      Boston, MA 02110
                      Tel: (617) 310-6000
DATED: November 5, 2004       Fax: (617) 310-6001

## CERTIFICATE OF SERVICE

I, Laurie J. Hurtt, hereby certify that on the 5th day of November, 2004, I served by hand a copy of the above to the following counsel of record: Jonathan R. Black, Esq., 99 Derby Street, Suite 200, Hingham, MA 02043.

_____
Laurie J. Hurtt