UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH HORTON,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL, INC.,<br>and TSI FENWAY, INC. d/b/a BOSTON<br>SPORTS CLUBS,<br><br>    Defendants. | Civil Action No. 04-CV-12359-MEL |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the address for attorney for Defendants, Laurie J. Hurtt, has changed as follows:

> Laurie J. Hurtt, Esq.
> Greenberg Traurig, LLP
> One International Place, 20th Floor
> Boston, MA 02110
> Tel.: (617) 310-6000
> Fax: (617) 310-6001
> E-mail: hurttl@gtlaw.com

> TOWN SPORTS INTERNATIONAL, INC.
> AND TSI FENWAY, INC. D/B/A
> BOSTON SPORTS CLUBS
>
> By their attorneys,
>
> _/s/ Laurie J. Hurtt_
> Laurie J. Hurtt (BBO#634149)
> Greenberg Traurig, LLP
> One International Place
> Boston, MA 02110
> Tel: (617) 310-6000
> Fax: (617) 310-6001

DATED: November 10, 2004

## CERTIFICATE OF SERVICE

I, Terence P. McCourt, hereby certify that on the 10th day of November, 2004, I served by first class mail a copy of the above to the following counsel of record: Jonathan R. Black, Esq., 99 Derby Street, Suite 200, Hingham, MA 02043.

                                                       Laurie J. Hurtt