UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SARAH HORTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN SPORTS INTERNATIONAL, INC., )<br>and TSI FENWAY, INC. d/b/a BOSTON )<br>SPORTS CLUBS, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-CV-12359-MEL |

**ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN S. COUSIN AS COUNSEL FOR DEFENDANTS TOWN SPORTS INTERNATIONAL, INC. AND TSI FENWAY, INC. d/b/a BOSTON SPORTS CLUBS**

Pursuant to Local Rule 83.5.3(b), Defendants Town Sports International, Inc. and TSI Fenway, Inc. d/b/a Boston Sports Clubs ("Defendants"), by their counsel Laurie J. Hurtt, a member of the Bar of the Commonwealth of Massachusetts and an associate of the firm of Greenberg Traurig, LLP, respectfully move for the admission to the Bar of this Court, *pro hac vice*, of Brian Cousin, Esq., to appear as co-counsel for Defendants in this matter. Plaintiff Sarah Horton assents to this motion.

In support of this Motion Defendants submit contemporaneously herewith the Affidavit of Brian S. Cousin in Support of Motion for Admission *Pro Hac Vice*, certifying that (1) he is a member of the Bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Defendants further state that both New York and New Jersey, the states wherein Brian S. Cousin is admitted to practice grant like privileges to members of the bar of Massachusetts in good standing.

WHEREFORE, Defendants respectfully request that the Court grant their Motion for Admission *Pro Hac Vice* of Brian Cousin, Esq., as their co-counsel in this matter.

Respectfully submitted,

TOWN SPORTS INTERNATIONAL, INC.
AND TSI FENWAY, INC. D/B/A BOSTON
SPORTS CLUBS

By their attorneys,

_____
Laurie J. Hurtt (BBO #634149)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

DATED: November 12, 2004

ASSENTED TO:

SARAH HORTON

By her attorney,

_____
Jonathan R. Black (BBO #044340)
99 Derby Street, Suite 200
Hingham, MA 02043
Tel: (781) 556-1010

DATED: November 12, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Laurie J. Hurtt, hereby certify that on the 10th day of November, 2004, I conferred with counsel for Plaintiff Sarah Horton, Jonathan R. Black, Esq., by telephone in a good faith attempt to resolve of narrow the issues presented in this motion.

_____
Laurie J. Hurtt

## CERTIFICATE OF SERVICE

I, Laurie J. Hurtt, hereby certify that on the 12th day of November, 2004, I served by first class mail, postage prepaid, a copy of the above to the following counsel of record: Jonathan R. Black, Esq., 99 Derby Street, Suite 200, Hingham, MA 02043.

_____
Laurie J. Hurtt

3