UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SARAH HORTON,<br><br>  Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL, INC.,<br>and TSI FENWAY, INC. d/b/a BOSTON<br>SPORTS CLUBS,<br><br>  Defendants. | Civil Action No. 04-CV-12359-MEL |

**AFFIDAVIT OF BRIAN S. COUSIN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*** 

I, Brian S. Cousin, on oath, hereby state as follows:

1. I am an attorney practicing law in the States of New York and New Jersey. I am a shareholder of the law firm of Greenberg Traurig, LLP. I make this Affidavit of my own personal knowledge in support of a motion that I be permitted to appear before this Court *pro hac vice* as co-counsel for Defendants Town Sports International and TSI Fenway, Inc. d/b/a Boston Sports Clubs.

2. I certify that I am a member in good standing of the Bar in every jurisdiction in which I have been admitted to practice, including the Bars of the States of New York and New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, the United States

District Court for the District of New Jersey, the United States District Court for the District of Connecticut, and the United States Court of Appeals for the Second Circuit.

    3.    I certify that there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

    4.    I further certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn under the pains and penalties of perjury, this 8th day of November, 2004.

_____
Brian S. Cousin

### CERTIFICATE OF SERVICE

I, Laurie J. Hurtt, hereby certify that on the ___ day of November, 2004, I served by ~~hand~~ fax and mail a copy of the above to the following counsel of record: Jonathan R. Black, Esq., 99 Derby Street, Suite 200, Hingham, MA 02043.

_____
Laurie J. Hurtt