UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH HORTON,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL, INC.,<br>and TSI FENWAY, INC. d/b/a BOSTON<br>SPORTS CLUBS,<br><br>    Defendants. | Civil Action No. 04-CV-12359-MEL |

**DEFENDANT TSI FENWAY, INC.'S MOTION TO DISMISS COUNTS I AND III OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT OF COUNT III**

Defendant TSI Fenway, Inc. ("TSI Fenway" or "the Company") hereby respectfully requests that the Court dismiss Counts I and III of Plaintiff Sarah Horton's ("Horton") Complaint.

In her Complaint, Horton brings claims for breach of an implied contract (Count I) and breach of the implied covenant of good faith and fair dealing (Count III). First, Horton's claim for breach of an implied contract is based on an employee handbook. The handbook on its face states that it is not a contract and that her employment was at-will. Thus, Horton will be unable to show that the handbook was a contract. In any event, even if the handbook did create a contract, Horton has failed to sufficiently allege that the Company breached any duty therein. Therefore, Horton's claim for breach of an implied contract should be dismissed.

Second, Horton's claim for breach of the implied covenant of good faith and fair dealing is based on vague allegations that seem to suggest that she will be deprived of commissions in the future. There are no allegations that she has not been paid commissions owed or accrued. Because she fails to state a claim for which relief may be granted, Count III of her Complaint should be dismissed. Alternatively, Horton should be ordered to provide a more definite statement of Count III.

WHEREFORE, Defendant TSI Fenway, Inc. hereby respectfully requests that the Court grant its motion and dismiss Counts I and III of Plaintiff Sarah Horton's Complaint with prejudice or, in the alternative, with respect to Count III, order that Plaintiff Sarah Horton provide a more definite statement of Count III without prejudice to Defendant TSI Fenway, Inc. bringing another motion to dismiss if the restated count does not state a claim for which relief may be granted.

Respectfully submitted,

TSI FENWAY, INC. D/B/A
BOSTON SPORTS CLUBS

By its attorneys,

_____
Laurie J. Hurtt (BBO#634149)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

and

|  |  |
|---|---|
| DATED: November 29, 2004 | Brian S. Cousin, admitted<br>*pro hac vice*<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, New York 10166<br>Tel: (212) 801-9354<br>Fax: (212) 805-9354 |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Laurie J. Hurtt, hereby certify that on November 10th and 26th, 2004, I conferred with counsel for Plaintiff Sarah Horton, Jonathan R. Black, Esq., by telephone in a good faith attempt to resolve of narrow the issues presented in this motion.

_____
Laurie J. Hurtt

## CERTIFICATE OF SERVICE

I, Laurie J. Hurtt, hereby certify that on the 29th day of November, 2004, I served by facsimile and first class mail, postage pre-paid, a copy of the above to the following counsel of record: Jonathan R. Black, Esq., 99 Derby Street, Suite 200, Hingham, MA 02043.

_____
Laurie J. Hurtt

::ODMA\PCDOCS\BOS_XP\153557\1