UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH HORTON,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL, INC.,<br>and TSI FENWAY, INC. d/b/a BOSTON<br>SPORTS CLUBS,<br><br>    Defendants. | Civil Action No. 04-CV-12359-MEL |

### AFFIDAVIT OF JANE RUSSELL

I, Jane Russell, do hereby testify as follows:

1. I am the Senior Human Resources Manager responsible for personnel matters concerning employees working at the Boston Sports Club operated by TSI Fenway, Inc. I have personal knowledge concerning the matters testified to in this affidavit.

2. Attached as Exhibit A is a true and accurate copy of the Employee Handbook referenced by Plaintiff Sarah Horton ("Horton") in her Amended Complaint.

3. Attached as Exhibit B is a true and accurate copy of the Acknowledgement Receipt signed by Horton as alleged in Paragraph 11 of her Amended Complaint.

Signed under the pains and penalties of perjury this 27 day of November, 2004.

                                                        Jane Russell

## CERTIFICATE OF SERVICE

I, Laurie J. Hurtt, hereby certify that on the 29th day of November, 2004, I served by facsimile and first class mail, postage pre-paid, a copy of the above to the following counsel of record: Jonathan R. Black, Esq., 99 Derby Street, Suite 200, Hingham, MA 02043.

_____
Laurie J. Hurtt

::ODMA\PCDOCS\BOS_XP\153466\1