UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV 29  P 4: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| SARAH HORTON,<br><br>Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL, INC.,<br>and TSI FENWAY, INC. d/b/a BOSTON<br>SPORTS CLUBS,<br><br>Defendants. | Civil Action No. 04-CV-12359-MEL |

### STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

Whereas, Defendant TSI Fenway, Inc. is a wholly owned subsidiary of Defendant Town Sports International, Inc.; and

Whereas, Defendant TSI Fenway, Inc. does business in Massachusetts and holds assets or property in Massachusetts;

Whereas, Defendant TSI Fenway, Inc. employed Plaintiff Sarah Horton, and Defendant Town Sports International, Inc. did not employ Plaintiff Sarah Horton; and

Whereas, Defendant TSI Fenway, Inc. hired Plaintiff Sarah Horton and terminated Plaintiff Sarah Horton's employment; and

Whereas, the employee handbook relied upon by Plaintiff Sarah Horton in her Amended Complaint was provided to her by Defendant TSI Fenway, Inc. and is the employee handbook used by Defendant TSI Fenway, Inc.; and

Whereas, the VIP coupon policy referenced by Plaintiff Sarah Horton in her Amended Complaint was a policy of Defendant TSI Fenway, Inc.; and

1

Whereas, Plaintiff Sarah Horton brought claims concerning her employment in the above captioned action against Defendant Town Sports International, Inc. without knowledge that Defendant Town Sports International, Inc. was not Plaintiff Sarah Horton's employer; and

Whereas, to date, the parties have not conducted discovery in this action;

Plaintiff Sarah Horton and Defendants Town Sports International, Inc. and TSI Fenway, Inc. hereby stipulate, and respectfully request the Court to order, that all claims against Defendant Town Sports International, Inc. are dismissed without prejudice. Plaintiff Sarah Horton acknowledges and agrees that to bring a claim against Defendant Town Sports International, Inc. in the course of this action in the future, she must file a motion to join a party and motion to amend the complaint in accordance with the Federal Rules of Civil Procedure. Defendant TSI Fenway, Inc. agrees that should discovery show that Defendant TSI Fenway, Inc. is unable to satisfy any monetary judgment that might be granted in this case, Plaintiff Sarah Horton may conduct discovery concerning Defendant TSI Fenway, Inc.'s relationship with Defendant Town Sports International, Inc.

Plaintiff

SARAH HORTON

By her attorneys,

_/s/ Jonathan Black / JDA_
Jonathan Black (BBO#044340)
99 Derby Street, Suite 200
Hingham, MA 02043
(781) 556-1010

::ODMA\PCDOCS\BOS_XP\153535\1

Respectfully submitted,

Defendants

TOWN SPORTS INT'L, INC. and
TSI FENWAY, INC.

By their attorneys,

_/s/ Laurie J. Hurtt_
Laurie J. Hurtt (BBO#634149)
Greenberg Traurig LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

and

Brian S. Cousin, admitted
*pro hac vice*
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9354
Fax: (212) 805-9354

3