UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SARAH HORTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN SPORTS INTERNATIONAL, INC.,)<br>and TSI FENWAY, INC. d/b/a BOSTON )<br>SPORTS CLUBS, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-CV-12359-MEL |

## DEFENDANT TSI FENWAY, INC.'S ASSENTED TO MOTION FOR ADDITIONAL TIME TO FILE ANSWER

Defendant TSI Fenway, Inc. ("TSI Fenway") hereby requests that the Court extend the time in which it may file an answer to Plaintiff Sarah Horton's Amended Complaint from Wednesday, January 19, 2005 to Tuesday, January 25, 2005. Plaintiff Sarah Horton ("Ms. Horton") assents to TSI Fenway's motion.

Ms. Horton filed her Amended Complaint on November 12, 2004. TSI Fenway filed its Motion to Dismiss Counts I and III, or in the Alternative, Motion for More Definite Statement of Count III on November 29, 2004. The Court entered its Endorsement granting TSI Fenway's motion to dismiss Count I and motion for a more definite statement of Count III on January 3, 2005, and notice was sent to the parties on January 6, 2005. TSI Fenway's answer to Horton's Amended Complaint is presently due January 20, 2005. TSI Fenway requests an extension of three business days in order to ensure that it provides a full and adequate response to Ms. Horton's claims.

WHEREFORE, Defendant TSI Fenway, Inc. requests that the Court grant its motion and extend the time in which it may file an answer to Plaintiff Sarah Horton's Amended Complaint to January 25, 2005.

Respectfully submitted,

Defendants

TOWN SPORTS INT'L, INC. and TSI FENWAY, INC.

By their attorneys,

_____
Laurie J. Hurtt (BBO#634149)
Greenberg Traurig LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
    and
Brian S. Cousin, admitted
*pro hac vice*
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9354
Fax: (212) 805-9354

Assented to:

Plaintiff

SARAH HORTON

By her attorneys,

_____
Jonathan Black (BBO#044340)
99 Derby Street, Suite 200
Hingham, MA 02043
(781) 556-1010

::ODMA\PCDOCS\BOS_XP\156746\1

2