UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SARAH HORTON,<br><br>Plaintiff<br><br>v.<br><br>TSI FENWAY, INC., d/b/a<br>BOSTON SPORTS CLUBS<br><br>Defendant | Civil Action No. 04-CV-12359-MEL |

**CERTIFICATIONS PURSUANT TO LR, D. MASS. 16.1(D)(3)**

Pursuant to LR, D. Mass. 16.1(D)(3), Jonathan R. Black and Sarah Horton hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolutions programs such as those outlines in Local Rule 16.4.

_/s/ Sarah Horton_
Sarah Horton

_/s/ Jonathan R. Black_
Jonathan R. Black
BBO # 044340
99 Derby Street, Suite 200
Hingham, MA 02043
Tel: 781-556-1010
Fax: 781-556-1099

Dated: April 15, 2005