# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SARAH HORTON, )<br><br>    Plaintiff, )<br><br>v. )<br><br>TSI FENWAY, INC. d/b/a BOSTON )<br>SPORTS CLUBS, )<br><br>    Defendants. ) | Civil Action No. 04-CV-12359-MEL |

## LOCAL RULE 16.1(D)(3) CERTIFICATE

The undersigned hereby certify that Defendant TSI Fenway, Inc. and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course (and various alternative courses) of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Rule 16.4 of the Local Rules of this Court.

TSI FENWAY, INC.
By their counsel

Laurie J. Hurtt (BBO#634149)
Greenberg Traurig LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
        and
Brian S. Cousin, admitted *pro hac vice*
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9354

TSI FENWAY, INC.
By:

Robert Herbst, General Counsel

Dated: April ___, 2005