UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SARAH HORTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TSI FENWAY, INC., d/b/a )<br>BOSTON SPORTS CLUBS, )<br>)<br>Defendant. ) | Civil Action No. 04-CV-12359-MEL |

### JOINT MOTION TO AMEND SCHEDULING ORDER

Counsel for both parties have conferred and hereby submit this Joint Motion to Amend Scheduling Order.

On April 26, 2005 this Court granted a discovery period of six (6) months, with a discovery deadline of October 28, 2005. During the current discovery period, several issues have arisen that have required resolution and agreement by both parties. Both parties have conferred and amicably resolved all current discovery issues. However, these issues have caused a delay in the discovery process. Consequently, both parties have conferred and agreed that the current discovery deadline should be extended by three (3) months, with an amended discovery deadline of January 28, 2006.

WHEREFORE, both parties respectfully request this Court to grant their Joint Motion to Amend Scheduling Order and set a new discovery deadline of January 28, 2006.

Respectfully submitted,

TSI FENWAY, INC.,

By its attorneys,

/s/ Laurie J. Hurtt
Laurie J. Hurtt (BBO#634149)
Jeffrey M. Burns (BBO#661448)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000

and

Brian S. Cousin
Admitted, *Pro hac vice*
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
(212) 801-9354


SARAH HORTON,

By her attorney,

/s/ Jonathan R. Black
Jonathan R. Black (BBO#044340)
99 Derby Street, Suite 200
Hingham, MA 02043
(781) 556-1010

Dated: August 15, 2005

bos-fs1\169327v01\55BF01_.DOC