UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SARAH HORTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TSI FENWAY, INC., d/b/a )<br>BOSTON SPORTS CLUBS, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-CV-12359-MEL |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Counsel for Plaintiff, Sarah Horton, and Defendant, TSI Fenway, Inc., have conferred and hereby submit this Joint Motion to Amend Scheduling Order.

On February 1, 2006, in response to a Joint Motion by both parties, this Court amended its Scheduling Order and set a discovery deadline of April 28, 2006. However, because of unforeseen scheduling conflicts, all depositions have not been conducted. The parties continue to work together amicably to resolve discovery issues and scheduling conflicts, but have been unable to prevent the consequent delay of the completion of discovery. The parties have completed an initial exchange of documents and Ms. Horton gave her deposition on March 31, 2006. The parties are attempting to schedule the depositions of certain witnesses from Boston Sports Clubs and a third party, which depositions will occur after the expiration of the current discovery deadline. Consequently, counsel for both parties have conferred and agreed that the current discovery deadline should be extended by approximately three (3) months, with an amended discovery deadline of July 31, 2006.

WHEREFORE, both parties respectfully request this Court to grant their Joint Motion to Amend Scheduling Order and set a new discovery deadline of July 31, 2006.

    Respectfully submitted,

    SARAH HORTON,

    By her attorney,

    /s/ Jonathan R. Black
    Jonathan R. Black (BBO# 044340)
    210 Whiting Street, Unit 6
    Hingham, MA 02043
    781-740-4250

    TSI FENWAY, INC.,

    By its attorneys,

    /s/ Laurie J. Hurtt
    Laurie J. Hurtt (BBO#634149)
    Jeffrey M. Burns (BBO#661448)
    GREENBERG TRAURIG, LLP
    One International Place, 20th Floor
    Boston, MA  02110
    (617) 310-6000

    and

    Brian S. Cousin
    Admitted, *Pro hac vice*
    GREENBERG TRAURIG, LLP
    200 Park Avenue
    New York, NY  10166
    (212) 801-935

Dated: April 5, 2006