UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SARAH HORTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-12359-MEL |
| TSI FENWAY, INC., d/b/a BOSTON SPORTS CLUBS, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Counsel for Plaintiff, Sarah Horton, and Defendant, TSI Fenway, Inc., ("TSI") have conferred and hereby submit this Joint Motion to Amend Scheduling Order.

On October 26, 2006, in response to a Joint Motion by both parties, this Court amended the Scheduling Order to set a discovery deadline of December 31, 2006. Due to unforeseen scheduling conflicts, including conflicts resulting from the holidays, the depositions of TSI's witnesses have not yet occurred. The parties continue to work together amicably to resolve their disputes and scheduling conflicts, but have been unable to prevent the consequent delay of the completion of discovery. Counsel for both parties have conferred and agreed that the current discovery deadline should be extended by forty-five (45) days, with an amended discovery deadline of February 14, 2007.

WHEREFORE, both parties respectfully request this Court to grant their Joint Motion to Amend Scheduling Order and set a new discovery deadline of February 14, 2007, and that all other deadlines set forth in the original Scheduling Order be amended to correspond with the new discovery deadline.

Respectfully submitted,

TSI FENWAY, INC.,

By its attorneys,

/s/ Laurie J. Hurtt
Laurie J. Hurtt (BBO#634149)
Jeffrey M. Burns (BBO#661448)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA  02110
(617) 310-6000

and

Brian S. Cousin
Admitted, *Pro hac vice*
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY  10166
(212) 801-9354


SARAH HORTON,

By her attorney,

/s/ Jonathan R. Black
Jonathan R. Black (BBO#044340)
99 Derby Street, Suite 200
Hingham, MA  02043
(781) 556-1010

Dated: December 18, 2006

bos-fs1\210217v01