UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH HORTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TSI FENWAY, INC., d/b/a )<br>BOSTON SPORTS CLUBS, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-CV-12359-MEL |

## JOINT STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiff Sarah Horton hereby dismisses all claims set forth or which could have been set forth in the above entitled civil action against TSI Fenway, Inc. d/b/a Boston Sports Clubs, with prejudice, without costs, with all rights of appeal waived and with each party bearing its own attorneys' fees.

Respectfully submitted,

TSI FENWAY, INC.,

By its attorneys,

/s/ Laurie J. Hurtt
Laurie J. Hurtt (BBO#634149)
Jeffrey M. Burns (BBO#661448)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA  02110
(617) 310-6000

and

Brian S. Cousin
Admitted, *Pro hac vice*
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY  10166
(212) 801-9354


SARAH HORTON,

By her attorney,

/s/ Jonathan R. Black
Jonathan R. Black (BBO#044340)
99 Derby Street, Suite 200
Hingham, MA  02043
(781) 556-1010

Dated: February 8, 2007

bos-fs1\214112v01